IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MANDY WILSON, on behalf of herself and all other similarly situated, | ) ) ) | Case No. 1:23-cv-00131-JPH-MJD |
| Plaintiff, | ) ) | Judge Hanlon Magistrate Judge Dinsmore |
| v. | ) ) | |
| TRANSUNION, LLC | ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Mandy Wilson, and Defendant, TransUnion, LLC, by and through their respective counsel, hereby advise that they have reached an agreement in principle to settle this matter on a class-wide basis.

Because the proposed settlement must be approved by the Court pursuant to Fed. R. Civ. P. 23(e), the parties plan on submitting a Joint Motion for Preliminary Approval with a class notice plan by May 9, 2025.

For this reason, the parties respectfully request that the January 10, 2025, scheduling order [Dkt. 145], March 6, 2025, status order [Dkt. 157], and March 10, 2024, discovery order deadlines [Dkt. 158] be held in abeyance to allow the parties to apply for settlement approval.

**Date:** March 13, 2025

| For Plaintiff, | For Defendant, |
|---|---|
| **MANDY WILSON** | **TRANSUNION, LLC** |
| _s/ David M. Marco_ | _s/ Danielle N. Morris_ |
| David M. Marco | Danielle N. Morris (*pro hac vice*) |
| IL Bar No. 6273315/FL Bar No. 125266 | Elizabeth L. McKeen (*pro hac vice*) |
| SMITHMARCO, P.C. | O'MELVENY & MYERS LLP |
| 5250 Old Orchard Rd., Suite 300 | 610 Newport Center Drive, 17th Floor |
| Skokie, IL 60077 | Newport Beach, CA 92660-6429 |

| | | | |
|---|---|---|---|
| **Telephone:** | (312) 546-6539 | **Telephone:** | (949) 823-6900 |
| **Facsimile:** | (888) 418-1277 | **Facsimile:** | (949) 823-6994 |
| **E-Mail:** | dmarco@smithmarco.com | **E-Mail:** | dmorris@omm.com |
| | | **E-Mail:** | emckeen@omm.com |

Juan Antonio Solis (*pro hac vice*)
O'MELVENY & MYERS LLP
2801 N. Harwood Street, Suite 1600
Dallas, TX 75201-1663
**Telephone**:    (972) 360-1900
**Facsimile**:    (973) 360-1901
**Email**:        jasolis@omm.com