IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MANDY WILSON, on behalf of herself and all other similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TRANSUNION, LLC  )<br>)<br>Defendant.  ) | Case No. 1:23-cv-00131-JPH-MJD<br><br>Judge Hanlon<br>Magistrate Judge Dinsmore |

**MOTION FOR FINAL APPROVAL OF THE
PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

1. On August 6, 2025, this Court granted preliminary approval of the parties' Class Action Settlement Agreement, which proposed to resolve this dispute on a class wide basis and for distribution of a $2,500,000.00 common fund.

2. As contemplated by the Court's August 6, 2025 order and pursuant to Fed. R. Civ. P. 23(e), in advance of the Final Approval Hearing set for December 15, 2025, Plaintiff now submits this motion in support of her request for final approval of the class settlement.

3. Given the overwhelmingly favorable response to the parties' notice plan, which resulted in only two opt-outs and zero objections with a 97% class notice reach, Plaintiff submits that all criteria to grant final approval have been met.

4. Plaintiff contemporaneously files a Memorandum of Law in further support of this motion for final approval.

WHEREFORE, based on this motion and the supporting memorandum, Plaintiff respectfully requests that this Honorable Court finally approve the parties' proposed Class Action Settlement Agreement. A proposed Final Approval Order is submitted under separate cover.

        Respectfully submitted,

        By: /s/ *David M. Marco*
        One of Plaintiff's Attorneys

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com

Stacy M. Bardo (admitted *pro hac vice*)
IL Bar No. 6271913
Bardo Law, P.C.
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
Telephone: (312) 219-6980
Facsimile: (312) 219-6981
E-mail: stacy@bardolawpc.com